James F. NEWPORT, Petitioner,

v.

UNITED STATES DEPARTMENT OF LABOR; Siemens Generation Services Company; Michael McCormick, President, Respondents.

No. 10–1572.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 20, 2010.

Filed: Dec. 30, 2010.

James F. Newport, Blue Springs, MO, pro se.

Paul L. Frieden, Roger W. Wilkinson, U.S. Department of Labor, Office of the Solicitor, Washington, DC, Jeffrey P. Ray, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, James G. Brown Ford & Harrison, Orlando, FL, for Respondents.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

James Newport petitions for review of a final order of the Department of Labor

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

Administrative Review Board ("ARB") dismissing his administrative appeal for failure to prosecute. Having carefully reviewed the record, we conclude that the ARB's decision is not arbitrary, capricious, an abuse of discretion, contrary to the law, or unsupported by substantial evidence in the record. *See* 49 U.S.C. § 42121(b)(4)(A) (this court reviews ARB's decision pursuant to Administrative Procedure Act); 5 U.S.C. § 706(2) (reviewing court shall hold unlawful and set aside agency decisions if they are found to be arbitrary, capricious, abuse of discretion, or otherwise not in accordance with law, or if unsupported by substantial evidence in record as whole); *see also Allen v. Admin. Review Bd.*, 514 F.3d 468, 476 (5th Cir. 2008) (ARB's conclusions of law are reviewed *de novo* ). Accordingly, we deny the petition. *See* 8th Cir. R. 47B. We also deny all pending motions.